Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTEBAN MARROQUIN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:19-cv-01308-RAJ-MAT<br><br>~~PROPOSED~~ ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES |

The parties moved this Court for an order modifying the case management schedule set by this Court on November 19, 2019. This court, having considered the motion, hereby GRANTS the stipulated motion. The case management schedule is modified as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | Due 5/25/2020 | 7/7/2020 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | due 6/15/2020 | 7/21/2020 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter | 7/13/2020 | 8/24/2020 |

PROPOSED ORDER GRANTING PARTIES' STIPULATED MOTION TO
EXTEND CASE MANAGEMENT DEADLINES – PAGE 1
CAUSE NO. 2:19-CV-01308-RAJ-MAT

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

| (see LCR 7(d) or LCR 37(a)(2)) | | |
|---|---|---|
| Discovery to be completed | 8/12/2020 | 9/23/2020 |
| All dispositive motions must be filed by this date | 9/11/2020 | 10/23/2020 |

DATED this 21st day of May, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

PROPOSED ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES – PAGE 2
CAUSE NO. 2:19-CV-01308-RAJ-MAT

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX